IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA
formerly known as DENNIS
E. JONES-EL,

                                              OPINION AND ORDER

                Plaintiff,

                                              18-cv-219-bbc

     v.

CATHY JESS, JIM SCHWOCHERT,
GARY BOUGHTON, DAVID GARDNER,
LEBBEUS BROWN, ANTHONY
BROADBENT and BRIAN KOOL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se prisoner and plaintiff Mustafa-El Ajala filed this lawsuit in the Circuit Court for Dane County against several prison officials at the Wisconsin Secure Program Facility. Defendants removed the case to this court on the basis of federal question jurisdiction under 28 U.S.C. § 1441(a) and supplemental jurisdiction under 28 U.S.C. § 1367. Now plaintiff has filed a motion to voluntarily dismiss all of his claims arising under federal law, dkt. #5, together with a motion to remand the case to state court. Dkt. #6. Defendants do not oppose either motion. Dkt. #9.

Plaintiffs' motions will be granted. Plaintiff is an experienced litigator and he confirms that he is dismissing his federal claims "knowingly, voluntarily, and with prejudice." Dkt. #5 at 1. Moreover, remand is often appropriate "[w]hen the federal claim in a case drops out before trial," Leister v. Dovetail, Inc., 546 F.3d 875, 882 (7th Cir. 2008),

1

particularly where, as here, no action has been taken on the state law claims. Accordingly, I will grant plaintiff's motions and this case will be remanded to state court.

ORDER

IT IS ORDERED that plaintiff Mustafa-El Ajala's motions to dismiss his federal claims, dkt. #5, and motion to remand this case to the Circuit Court for Dane County, Wisconsin, dkt. #5, are GRANTED.

Entered this 23d day of April, 2018.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge